**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

WALTER G. MATTHEWS,

    Plaintiff,

    v.                                          Case No. 16-CV-155

MARY SAUVEY, et al.,

    Defendants.

**ORDER**

The plaintiff in the above matter has filed a motion for leave to file an amended complaint along with an attached "supplemental complaint." The motion to amend will be denied. Under Civil L.R. 15(b), "[a] motion to amend a pleading must state specifically what changes are sought by the proposed amendments. The proposed amended pleading must be filed as an attachment to the motion to amend." Additionally, under Civil L.R. 15(a), "[a]ny amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the *entire pleading* as amended, and may not incorporate any prior pleading by reference." (emphasis added). Plaintiff has failed to comply with either of these rules in his motion to amend. This Court will not accept piecemeal pleadings such as Plaintiff has attempted to file. If Plaintiff wishes to amend his complaint he should file a motion requesting the amendment with the proposed changes specifically listed along with an attached *complete* complaint, containing both the original allegations and requested amendments. For these reasons Plaintiff's motion for leave to file an amended complaint will be **DENIED**.

Dated at Green Bay, Wisconsin, this  15th  day of March, 2016.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court